# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 12-11052-MDC

JAMES T MAINES JR

2375 WOODWARD ST
APT #502
PHILA, PA 19115-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JAMES T MAINES JR

    2375 WOODWARD ST
    APT #502
    PHILA, PA 19115-

Counsel for debtor(s), by electronic notice only.

    ELLIS B. KLEIN
    YOUNG, KLEIN & ASSOCIATES
    3554 HULMEVILLE RD STE 102
    BENSALEM, PA 19020

Date: 8/5/2016

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee