## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James T. Maines, Jr.<br>    <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 12-11052 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5726

                                           Respectfully submitted,

                                           **/s/Thomas Puleo, Esquire**
                                           Thomas Puleo, Esquire
                                           Brian C. Nicholas, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406