United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11052-mdc
James T. Maines, Jr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Jul 31, 2017
                               Form ID: 138NEW           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db          +James T. Maines, Jr.,   139 S. Woodbine Avenue,    Langhorne, PA 19047-2549
12848933    +Andrew F. Gornall, Esquire,   Joshua I. Goldman, Esquire,   KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12815113    +CAPITAL ONE BANK (USA), N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
12665397    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
              Po Box 20363,   Kansas City, MO 64195)
12665398    +Citibank Usa,   Po Box 6497,   Sioux Falls, SD 57117-6497
12665401    +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
12665403    +Fncc/Legacy Visa,   500 E 60th St N,   Sioux Falls, SD 57104-0478
12665402    +Fncc/Legacy Visa,   Attn: Bankruptcy,   Po Box 5097,   Sioux Falls, SD 57117-5097
12665404    +Goldbeck, McCafferty & McKeever,   Mellon Independence Center,   701 Market St.,   Suite 5000,
              Philadelphia, PA 19106-1541
12665406    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12665405    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
12854347     JPMorgan Chase Bank, N.A.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
              Rochester, MI  48308-0730
13827374     Karina Velter,   c/o Nationstar Mortgage LLC,   Po Box 165028,   Columbus, OH 43216-5028
13248508    +NATIONSTAR MORTGAGE LLC,   c/o ANN E. SWARTZ,   McCabe, Wesberg & Conway, P.C.,
              123 South Broad Street, Suite 2080,   Philadelphia, PA 19109-1031
12816717     Nationstar Mortgage, LLC,   P.O. Box 829009,   Dallas, TX 75382-9009
12851816    +U.S. BANK NATIONAL ASSOCIATION, et al,   PENNSYLVANIA HOUSING FINANCE AGENCY,
              211 NORTH FRONT STREET,   HARRISBURG, PA 17101-1406
12665409    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790084,   Saint Louis, MO 63179)
12864361    +Young Klein & Associates,   3554 Hulmeville Rd, Suite 102,   Bensalem PA 19020-4366
12751910     eCAST Settlement Corporation, assignee,   of FIA Card Services aka Bank of America,   POB 29262,
              New York, NY 10087-9262
12774038    +phila gas works,   800 w montgomery ave,3f,   phila pa 19122-2898,   attn: bankruptcy unit

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:33     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:47
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:33     City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
12665396    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 01 2017 01:48:56     Asset Acceptance Llc,
              Po Box 1630,   Warren, MI 48090-1630
12665395    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 01 2017 01:48:56     Asset Acceptance Llc,
              Attn: Bankruptcy,   Po Box 2036,   Warren, MI 48090-2036
13642035    +E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:33
              CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,   BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
12680304    +E-mail/Text: bankruptcy@cavps.com Aug 01 2017 01:49:12     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
12864359     E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:33     City of Phila Law Department,
              1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595,   Attn: Bankruptcy Department
12665400    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2017 01:52:59     Credit One Bank,
              Po Box 98872,   Las Vegas, NV 89193-8872
12665399    +E-mail/PDF: creditonebknotifications@resurgent.com Aug 01 2017 01:53:27     Credit One Bank,
              Po Box 98873,   Las Vegas, NV 89193-8873
12676996     E-mail/Text: ECF@SHERMETA.COM Aug 01 2017 01:49:04     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI 48308-0908
12813573     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2017 01:53:14
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12805282     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2017 01:53:00
              LVNV Funding, LLC its successors and assigns as,   assignee of Bank of America,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12665408     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:14:20     Portfolio Rc,
              120 Corporate Blvd Ste 1,   Norfolk, VA 23502
12665407     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:03:08     Portfolio Rc,
              Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
13093510    +E-mail/Text: csidl@sbcglobal.net Aug 01 2017 01:49:17     Premier Bankcard/ Charter,
              P.O. Box 2208,   Vacaville, CA 95696-8208
                                                                                              TOTAL: 17

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                   Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW              Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +JPMORGAN CHASE BANK, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
               Rochester, MI 48308-0730
13101438*    +Premier Bankcard/ Charter,    P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
             ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
              agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
             ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
              ecfmail@mwc-law.com
             ELLIS B. KLEIN    on behalf of Debtor James T. Maines, Jr. ykassoc@gmail.com, ykaecf@gmail.com,
              ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
             JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
              philaecf@gmail.com
             KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
             LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
              dmaurer@pkh.com
             LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al lhaller@pkh.com,
              dmaurer@pkh.com
             PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
              james.feighan@phila.gov
             PAUL H. YOUNG    on behalf of Debtor James T. Maines, Jr. ykassoc@gmail.com, ykaecf@gmail.com,
              paullawyers@gmail.com,pyoung@ymalaw.com
             THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
              tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
             United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
             WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James T. Maines, Jr.
      Debtor(s)

Bankruptcy No: 12−11052−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 7/31/17

    95 − 94
    Form 138_new