**Fill in this information to identify the case**

**Debtor 1** James T Maines, Jr

**Debtor 2**
(Spouse, if filing)

**United States Bankruptcy Court for the:** **EASTERN** District of **PA**
                                                                                                 **(State)**

**Case number** 12-11052

## Official Form 410S1
## Amended Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor** | Nationstar Mortgage LLC | **Court claim no.** (if known) | 8 |
| **Last four digits** of any number you use to identify the debtor's account: | 1344 | **Date of payment change**<br>Must be at least 21 days after date of this notice | 1/1/2017 |
| | | **New total payment:**<br>Principal, interest, and escrow, if any | $539.61 |

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $241.01          New escrow payment:   $183.83

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____%            New interest rate:  _____%
   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3:  Other Payment Change

16-031673_AIK

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment: $_____    New mortgage payment: $_____

A delay occurred in performing the Debtor's escrow analysis and an escrow shortage was identified. Due to the untimely performance of the escrow analysis, the escrow shortage has been designated as non-recoverable from the Debtor and will show as a credit on the Debtor's escrow account. The total escrow shortage listed in the statement is considered paid in full. The correct payment components and total payment amount are reflected on the official Notice of Mortgage Payment Change form.

16-031673_AIK

Debtor 1 ____James T Maines, Jr_____  Case number (if known) 12-11052_____
        First Name      Middle Name      Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Karina Velter_____     Date  September 1, 2017
   Signature

Print:      Karina Velter (94781)_____     Title  Attorneys for Creditor

Company  Manley Deas Kochalski LLC_____

Address   P.O. Box 165028_____
          Number      Street

           Columbus, OH  43216-5028_____
           City      State      ZIP Code

Contact phone  614-220-5611_____     Email  kvelter@manleydeas.com___

16-031673_AIK

**Nationstar Mortgage**
P.O. BOX 619063
DALLAS, TX 75261-9063

November 14, 2016

**Redacted**

JAMES MAINES JR.
139 S WOODBINE AVE
LANGHORNE PA  19047-2549

RE:  Loan Number: **Redacted**
Case #: 1211052
JAMES MAINES JR.
Property Address:
7130 EDMUND STREET
PHILADELPHIA, PA 19135

Dear JAMES MAINES JR.:

**Why am I receiving this letter?**
An escrow analysis was performed on your account.

**What do I need to know?**
Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

**What do I need to do?**
If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, your Dedicated Loan Specialist is Shayna Hines and can be reached at (877) 343-5602 EXT. 3168763 or via mail at address listed above. Our hours of operation are 8am to 8pm (CT), Monday through Thursday, 8am to 6pm (CT), Friday, and 8am to 2pm (CT) on Saturday.



Sincerely,

Nationstar Mortgage LLC
Bankruptcy Department

Enclosure: Escrow Account Disclosure Statement

*This communication is for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.*



**Redacted**



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

**Escrow Account Disclosure Statement**

**Customer Service**: 1-888-480-2432
Mon-Thurs 8 am to 8 pm, Fri 8 am to 6 pm, Sat 8 am to 2 pm CT

**Tax/Insurance**: 1-888-297-2432
Mon-Thurs 8 am to 5 pm CT

Redacted

JAMES MAINES JR.
139 S WOODBINE AVE
LANGHORNE PA 19047-2549

Your Loan Number: Redacted
Statement Date: 11/14/2016

| | |
|---|---|
| **Why am I receiving this?** | Nationstar completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Nationstar maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to avoid a negative balance in the event of changing tax and insurance amounts. |
| **What does this mean for me?** | At this time, your Escrow Account has less money than needed and there is a shortage of $267.73. Due to this shortage and changes in your taxes and insurance premiums, **your monthly escrow payment will decrease by ($57.18).** Effective 01/01/2017, **your new total monthly payment will be $561.92.** |
| **What do I need to do?** | You may either **1) make the new monthly payment** listed of $561.92 or **2) pay the shortage in part or in full** by sending the full or partial shortage amount along with the completed coupon below. If you choose to pay in full, please note your new monthly payment will be **$539.61**, which includes adjustments made for changes in taxes and insurance premiums. |

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---|---|---|
| PRINCIPAL AND INTEREST | $355.78 | $0.00 | $355.78 |
| ESCROW | $241.01 | ($57.18) | $183.83 |
| SHORTAGE SPREAD | $0.00 | $22.31 | $22.31 |
| **Total Payment** | **$596.79** | **($34.87)** | **$561.92** |

*See below for shortage calculation*

**What is a Shortage?** A shortage is the difference between the **lowest projected balance** of your account for the coming year and your **minimum required balance**. To prevent a negative balance, the total annual shortage is divided by 12 and added to your monthly escrow payment, as shown below.

| Minimum Required Balance | | Lowest Projected Balance |
|---|---|---|
| $339.46 | | $71.73 |

$267.73 / 12 = $22.31
*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---|---|---|
| CITY TAX | $1,234.74 | $0.00 | $1,234.74 |
| HAZARD SFR | $802.00 | $0.00 | $802.00 |
| BORR PAID MI | $183.30 | ($14.10) | $169.20 |
| **Annual Total** | **$2,220.04** | **($14.10)** | **$2,205.94** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at MyNationstar.com.*

---

This communication is for informational purpose only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code.
DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.



MyNationstar.com

Loan #: Redacted
JAMES MAINES JR.

NATIONSTAR MORTGAGE
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

**Escrow Shortage Payment Options:**

I understand that my tax and/or insurance has increased and that my escrow account is short $267.73. I have enclosed a check for:

**Option 1: $267.73**, the total shortage amount. I understand that if this is received by 01/01/2017, my monthly mortgage payment will be $539.61, starting 01/01/2017.

**Option 2:** _____, part of the shortage.

You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH | |

Redacted

INTERNET REPRINT

The change in your escrow payment may be based on one or more of the following factors:

| Payment(s) | Taxes | Insurance |
|---|---|---|
| • Monthly payment(s) received were less than or greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) received earlier or later than expected | • Exemption status lost or changed | • Coverage changed |
|  | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous overage returned to escrow | • Paid earlier or later than expected | • Paid earlier or later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

**Prior Year Account History and Coming Year Projections**

This is a statement of the actual activity in your escrow account from 01/16 through 12/16. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements and balances for the coming year. The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $339.46 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $71.73 will be reached in May 2017. When subtracted from your minimum required balance of $339.46, an Escrow Shortage results in the amount of $267.73. **These amounts are indicated with an arrow (<).**

This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $862.75 | ($4,451.28) |
| 01/16 | $0.00 | $1,712.96 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($2,752.42) |
| 01/16 | $0.00 | $0.00 | $0.00 | $1,234.74 * | CITY TAX | $862.75 | ($3,987.16) |
| 02/16 | $0.00 | $723.03 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($3,278.23) |
| 03/16 | $0.00 | $241.01 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($3,051.32) |
| 04/16 | $0.00 | $482.02 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($2,583.40) |
| 04/16 | $0.00 | $0.00 | $0.00 | $802.00 * | HAZARD SFR | $862.75 | ($3,385.40) |
| 05/16 | $0.00 | $241.01 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($3,158.49) |
| 06/16 | $0.00 | $241.01 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($2,931.58) |
| 07/16 | $0.00 | $241.01 | $0.00 | $28.20 * | BORR PAID MI | $862.75 | ($2,718.77) |
| 07/16 | $0.00 | $14.10 * | $0.00 | $0.00 | Esc refund | $862.75 | ($2,704.67) |
| 08/16 | $0.00 | $723.03 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($1,995.74) |
| 09/16 | $0.00 | $241.01 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($1,768.83) |
| 10/16 | $0.00 | $482.02 | $0.00 | $14.10 * | BORR PAID MI | $862.75 | ($1,300.91) |
| 11/16 | $0.00 | $1,928.08 E | $0.00 | $0.00 | Anticipated Payments 04/16-11/16 | $862.75 | $627.17 |
| 11/16 | $0.00 | $0.00 | $0.00 | $14.10 E | BORR PAID MI | $862.75 | $613.07 |
| 12/16 | $0.00 | $241.01 | $0.00 | $14.10 E | BORR PAID MI | $862.75 | $839.98 |
| Total | $0.00 | $7,511.30 | $0.00 | $2,220.04 | Total | $862.75 | $839.98 |

| Month | Projected Payment |  | Projected Disbursements |  | Description | Current Balance | Required Balance Projection |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Start | $839.98 | $1,107.71 |
| 01/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $1,009.71 | $1,277.44 |
| 01/17 | $419.84 |  | $0.00 |  | BK ADJ | $1,429.55 | $1,697.28 |
| 02/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $1,599.28 | $1,867.01 |
| 02/17 | $0.00 |  | $1,234.74 |  | CITY TAX | $364.54 | $632.27 |
| 03/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $534.27 | $802.00 |
| 04/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $704.00 | $971.73 |
| 05/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $873.73 | $1,141.46 |
| 05/17 | $0.00 |  | $802.00 |  | HAZARD SFR | $71.73 | $339.46 < |
| 06/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $241.46 | $509.19 |
| 07/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $411.19 | $678.92 |
| 08/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $580.92 | $848.65 |
| 09/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $750.65 | $1,018.38 |
| 10/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $920.38 | $1,188.11 |
| 11/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $1,090.11 | $1,357.84 |
| 12/17 | $183.83 |  | $14.10 |  | BORR PAID MI | $1,259.84 | $1,527.57 |
| Total | $2,625.80 |  | $2,205.94 |  | Total | $1,259.84 | $1,527.57 |

Redacted



**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions about this statement, please call our **Customer Service Department toll-free at 1-888-480-2432.**

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **James T Maines, Jr** | : | Case No.: 12-11052 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Amended Notice of Payment Change was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Ellis B. Klein, Attorney for James T Maines, Jr, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020, ykassoc@gmail.com

Paul H. Young, Attorney for James T Maines, Jr, 3554 Hulmeville Rd., Suite 102, Bensalem, PA 19020, ykassoc@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 1, 2017:

James T Maines, Jr, 139 S. Woodbine Avenue, Philadelphia, PA 19115

James T Maines, Jr, 7130 Edmund Street, Philadelphia, PA 19135

DATE: September 1, 2017

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

16-031673_AIK

        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

16-031673_AIK