# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JAMES T MAINES JR                       :     CHAPTER 13
                                :
                                    :
    **DEBTOR**    **(S)**                 :     BANKRUPTCY NO 12-11052 MDC

## P R A E C I P E TO WITHDRAW

Kindly withdraw the standing Trustee's FINAL REPORT AND ACCOUNT CLOSED AND COMPLETED in the above Captioned Chapter 13 Bankruptcy case. Docket entry #94

                                        Respectfully submitted,

DATE: September 7, 2017                  <u>s/William C. Miller, Esquire</u>
                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee
                                         P.O. Box 1229
                                         Philadelphia, PA  19107