United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James T. Maines, Jr.
    Debtor

Case No. 12-11052-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Nov 14, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.
db        +James T. Maines, Jr.,    139 S. Woodbine Avenue,    Langhorne, PA 19047-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
         agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
        ANN E. SWARTZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com,
         ecfmail@mwc-law.com
        ELLIS B. KLEIN    on behalf of Debtor James T. Maines, Jr. ykassoc@gmail.com, ykaecf@gmail.com,
         ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
        JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        KARINA  VELTER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
        LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al lhaller@pkh.com,
         dmaurer@pkh.com;mgutshall@pkh.com
        PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
         james.feighan@phila.gov
        PAUL H. YOUNG    on behalf of Debtor James T. Maines, Jr. support@ymalaw.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, et al
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                           TOTAL: 13

**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    JAMES T. MAINES, JR.    : CHAPTER 13
:
Debtor    : BANKRUPTCY NO. 12-11052

### ORDER TO ALLOW COUNSEL FEES

AND NOW, this 14th day of November, 2017, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   $3,000
Total paid by Debtor prepetition:  $1,500
 ($1,500 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,500 which was paid by the Debtor(s) prepetition.**

Date:_____                    _____
                                                                                J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtors